# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NAKEITH SPARKMAN

NO. 2021 KW 0452

**JULY 19, 2021**

---

In Re:   NaKeith Sparkman, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 20-WCR-832.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.** The district court did not err in denying relator's writ of habeas corpus petition. See La. Code Crim. P. art. 362; see also **Sinclair v. Kennedy**, 96-1510 (La. App. 1st Cir. 9/19/97), 701 So.2d 457, 460, writ denied, 97-2495 (La. 4/3/98), 717 So.2d 645. Relator's claims are in the nature of postconviction relief, which must be filed in the parish of conviction. See La. Code Crim. P. art. 925.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT